371 A.2d 1300

Commonwealth v. Rimmel, Appellant.

Argued November 16, 1976. Marjorie H. Matson, for ap-

pellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., absent.